**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

Noe RANGEL CARMONA,

*Petitioner*,

v.

Warden of the Irwin County Detention Center in his official capacity, et al.

*Respondents*.

Case No.: 7:26-cv-00277-WLS-AGH

**PETITIONER'S NOTICE OF VOLUNTARY DISMISSAL**

Petitioner Noe Rangel Carmona, by and through undersigned counsel, hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), of voluntary dismissal of his Petition for Writ of Habeas Corpus in the above-captioned case.

Dated: October 12, 2026

Respectfully submitted,

/s/ Thomas Evans
Thomas Evans
KUCK BAXTER LLC
P.O. Box 501359
Atlanta, Georgia 31150
Tel.: (404) 949-8176
tevans@immigration.net

**SO ORDERED this 13th day of October, 2026**

W. Louis Sands

**W. Louis Sands, SR. Judge**
**United States District Court**